UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| TIMOTHY-PATRICK TREACY,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MARION COUNTY SHERIFF<br>FRANK ANDERSON, in his official capacity,<br><br>　　　　Respondent. | )<br>)<br>)<br>)<br>) NO. 1:08-cv-99-RLY-WTL<br>)<br>)<br>)<br>)<br>) |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS NOW ADJUDGED** that this cause of action is **dismissed without prejudice.**

Date: 03/10/2008

Laura Briggs, Clerk
United States District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Deputy Clerk, U.S. District Court

Distribution:

Timothy-Patrick: Treacy.
Marion County Jail II
730 East Washington St.
Indianapolis, IN 46204